# SCHEDULE A

SCHEDULE "A"
AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

# SCHEDULE B

SCHEDULE "B"
PUBLIC PURPOSE


The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

SCHEDULE "C"
LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-2002   Owner: Heirs of Francisco G. Vasquez  Acres: 16.67

That certain tract of land, containing 16.67 acres, more or less, identified as CAD Property ID No. 27153, and being the same land described in Deed Volume 0802, Page 241 of the Records of Starr County, Texas, said deed attached as Exhibit A, described as follows:

Lot No. Seventeen (17) of Airport Heights Subdivision, said subdivision being out of Share No. 35, Porcion No. 77 and Porcion No. 78, Ancient Jurisdiction of Camargo, Mexico, now Starr County, Texas, as recorded in Volume 2, Page 265 B of the Map Records of the County Clerk's Office in Starr County, Texas.

Tract:  2002

# SCHEDULE D

SCHEDULE "D"



LAND TO BE CONDEMNED

```
Tract:  RGV-RGC-2002
Owner:  Heirs of Francisco G. Vasquez
Acreage: 16.67
Starr County, TX
Deed Reference:  Warranty Deed, Volume 0802, Page 241, Starr County, Texas
Appraisal District Property ID:  27153
```

# SCHEDULE E

SCHEDULE "E"
ESTATE TAKEN

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 180 days later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule "C" to survey, make borings, and conduct other investigatory work for the purposes described in Schedule "B" and to access adjacent lands where the United States has a right of entry or other property interest; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

SCHEDULE "F"
ESTIMATE OF JUST COMPENSATION


The sum estimated as just compensation for the land being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule "E" to constitute actual damages, if any.

# SCHEDULE G

SCHEDULE "G"
NAMES AND ADDRESSES OF PURPORTED OWNERS:


Heirs of Francisco G. Vasquez
Address unknown

Unknown Owners
Address unknown